FILED
CHARLOTTE, N. C.
APR 2 8 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:06CR118-V |
| ) | |
| vs. ) | BILL OF INDICTMENT |
| ) | |
| ) | Violations: |
| ) | 18 U.S.C. § 2 |
| (1) JACOB IVAN HILL ) | 18 U.S.C. § 922(g)(1) |
| (2) SEAN TREMAIN PHILLIPS ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(e) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 22, 2005, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

### JACOB IVAN HILL

having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, to wit: Voluntary Manslaughter in the Superior Court of Mecklenburg County, North Carolina, in or about June 1997, did knowingly and unlawfully possess one or more of the following firearms, to wit: a Smith & Wesson .38 caliber revolver and a Hi-Point semi-automatic .380 caliber handgun, in and affecting commerce, and did aid and abet others in the possession of such firearms.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

### COUNT TWO

On or about December 22, 2005, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

### SEAN TREMAIN PHILLIPS

having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, to wit: five counts of Robbery With Dangerous Weapon in the Superior Court of Mecklenburg County, North Carolina, in or about July 1998, and two counts of Possession With

Intent to Sell and Deliver Cocaine in the Superior Court of Mecklenburg County, North Carolina in or about November 2005, did knowingly and unlawfully possess one or more of the following firearms, to wit: a Smith & Wesson .38 caliber revolver and a Hi-Point semi-automatic .380 caliber handgun, in and affecting commerce, and did aid and abet others in the possession of such firearms.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(e) and 2.

A TRUE BILL:

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

KURT W. MEYERS
ASSISTANT UNITED STATES ATTORNEY